UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

DAMARIS JUNE RHODES,

    Plaintiff;

v.

JOHN GLOVER ROBERTS, JR. et al.,

    Defendants.

Civil Action No. 1:15-CV-94-JVB

**OPINION AND ORDER**

On April 23, 2015, Damaris June Rhodes filed a complaint against various defendants in this Court but failed to pay the filing fee. On May 8, she filed a submission stating that she does not intend to ask leave to proceed without prepayment of the filing fees as that would be proceeding "according to the rules of chancery" as opposed to "the rules of common law without cost." Instead, she asks that the Court rescind its procedures for filing a civil case.

Ms. Rhodes is misguided. She may not proceed with her complaint unless she files the $400 fee, *see* 28 U.S.C. § 1914 and the *District Court Miscellaneous Fee Schedule*, or is excused by the Court from paying such fee as set out in 28 U.S.C. § 1915. Mindful of her pro se status, the Court grants Ms. Rhodes until May 27, 2015, to either pay the filing fee or to petition the Court to proceed without the prepayment of such fee. Failure to abide by this order will result in dismissal of this case without further notice.

The Clerk is directed to mail Ms. Rhodes a blank copy of a petition to proceed without prepayment of the filing fee.

In addition, as far as the Court is able to tell, Ms. Rhodes's May 8 submission is also meant as a notice to the Clerk's office (namely, "Linda, Clerk of Court; John Doe South Bend Counselor; and Jane Doe on Phone") to correct their "errors." As such, the Clerk is directed to remove these persons from the caption on the docket as they should not have been placed there to begin with.

SO ORDERED on May 13, 2015.

    s/ Joseph S. Van Bokkelen
JOSEPH S. VAN BOKKELEN
UNITED STATES DISTRICT JUDGE