UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

DAMARIS JUNE RHODES,

    Plaintiff;

v.

JOHN GLOVER ROBERTS, JR. et al.,

    Defendants.

Civil Action No. 1:15-CV-94-JVB

**OPINION AND ORDER**

On April 23, 2015, Damaris June Rhodes filed a complaint against various defendants in this Court but failed to pay the filing fee. On May 8, she filed a submission stating that she does not intend to ask leave to proceed without prepayment of the filing fees as that would be proceeding "according to the rules of chancery" as opposed to "the rules of common law without cost." On May 13, the Court granted Ms. Rhodes until May 27 to either pay the filing fee or to petition the Court to proceed without the prepayment of such fee. Ms. Rhodes has failed in both respects. In granting the additional time, the Court also cautioned Ms. Rhodes that "[f]ailure to abide by this order will result in dismissal of this case without further notice." Since Ms. Rhodes has neglected to heed this warning, the Clerk is ordered to dismiss this case without prejudice.

SO ORDERED on May 28, 2015.

      s/ Joseph S. Van Bokkelen
      JOSEPH S. VAN BOKKELEN
      UNITED STATES DISTRICT JUDGE